IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TEDDY HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-cv-0397 |
| ) | Judge Nixon |
| METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY and OFFICER BYRON CARTER, ) | |
| OFFICER SCOTT BILLINGSBY, and ) | |
| other Unknown Officers, in their individual ) | |
| and official capacities, ) | |
| ) | |
| Defendants. ) | |

## METROPOLITAN GOVERNMENT'S MOTION TO DISMISS

The Metropolitan Government of Nashville and Davidson County hereby moves to dismiss Plaintiff's claim against it in this action. Plaintiff's amended complaint fails to state a viable claim against the Metropolitan Government for municipal liability under 42 U.S.C. § 1983.

Plaintiff's original complaint in this case did not contain any factual allegations against the Metropolitan Government and instead referenced only the conduct of individual police officers. In response to the Metropolitan Government motion to dismiss, Plaintiff amended his complaint to add a formulaic recitation of the elements of a Section 1983 municipal liability claim with no further factual support for such a claim. Pursuant to the precedent of the United States Supreme Court, such threadbare assertions are insufficient to state a claim for relief that is plausible on its face. See Ashcroft v. Iqbal, 129 S. Ct. 1937, 1953 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 554-58, 562-63, 570 (2007).

Accordingly, the Metropolitan Government respectfully moves to be dismissed as a defendant to this lawsuit. The Metropolitan Government invites the Court to consider the memorandum of law filed contemporaneously with and in further support of this motion.

Respectfully submitted,

THE DEPARTMENT OF LAW OF
THE METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON COUNTY
Sue Cain (#9380) Director of Law

s/Keli J. Oliver
Keli J. Oliver (#21023)
Allison L. Bussell (#23538)
Assistant Metropolitan Attorneys
P.O. Box 196300
108 Metropolitan Courthouse
Nashville, Tennessee 37219-6300
(615) 862-6341

**Certificate of Service**

This is to certify that a copy of the foregoing has been forwarded, via the electronic filing system, to Larry L. Crain, 5214 Maryland Way, Suite 402, Brentwood, TN 37027, on this the 25th day of June, 2009.

s/Keli J. Oliver
Keli J. Oliver